1
Richard A. Marshack
**c/o SHULMAN HODGES & BASTIAN LLP**
2
26632 Towne Centre Drive, Suite 300
Foothill Ranch, California 92610-2808
3
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
4

5
Receiver

6

7
**UNITED STATES BANKRUPTCY COURT**
8
**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**
9

10
| WILLIAM A. TOPLIKAR, JR., et. al., | Case No. 96-0720 JSL |
|---|---|
| Plaintiffs, | |
| vs. | **ORDER FOR TURNOVER OF UNCLAIMED FUNDS TO THE REGISTRY OF THE COURT** |
| MUSTANG DEVELOPMENT CORPORATION, a California Corporation, et. al., | |
| Defendants. | [No Hearing Required] |

16
Richard A. Marshack has made every effort to locate the investors/claimants of Mustang
17
Development Corporation and hereby requests entry of an Order authorizing turnover of the
18
remaining funds on hand to the Registry of the Court to be placed into the unclaimed funds.

19
Please find annexed hereto check number __4219__, in the amount of $ 147,862.97
20
representing the total unclaimed funds in the above-entitled receivership estate, which will create
21
a zero balance in the bank account.  Said sum is paid over to the Registry of the Court to be
22
placed into the unclaimed funds.  The names and addresses of the Parties entitled to said
23
unclaimed funds are reflected on the attachment.

24
The Court having reviewed the request for entry of any order authorizing turnover of the
25
unclaimed funds, and having found good cause therefore,

26
///

27
///

28

1

18700-000/62
M:\tcmswin\docman\ITower/Mustang\Proposed Order
Turnover Unclaimed Funds

1      IT IS HEREBY ORDERED that the Receiver is authorized to remit the unclaimed funds

2 to the Registry of the Court.

3

4 Date:   November 20, 2008

5                     J. SPENCER LETTS

                    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

18700-000/62
M:\tcmswin\docman\ITower/Mustang\Proposed Order
Turnover Unclaimed Funds